TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC  20044
(202) 305-0242
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **UMPQUA WATERSHEDS,** an Oregon non-profit corporation; **CASCADIA WILDLANDS**, an Oregon non-profit corporation; and **OREGON WILD**,<br><br>Plaintiffs,<br><br>v.<br><br>**SHERRI CHAMBERS**, in her official capacity as North Umpqua District Ranger; and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants. | Case No. 6:21-cv-01505-AA<br><br>**JOINT STATUS REPORT** |

In accordance with the Court's November 15, 2021, minute order (ECF No. 9), the parties hereby submit their joint status report.

The parties are working productively towards settlement, having agreed to recommend to the U.S. Department of Justice and the U.S. Department of Agriculture a number of terms, assuming that the parties can reach agreement on the few terms left to be negotiated.  The parties

are hopeful that they can reach a settlement to recommend to those with settlement authority at both agencies, the approval of which would allow the parties to enter into an agreement settling all claims and to move to dismiss this case. Given that the parties are progressing toward settlement, and that the parties need more time to reach a recommended settlement and secure necessary approvals, the parties respectfully request that the Court direct the parties to file a joint status report on or before January 31, 2022, if the Court has not dismissed the case by then.

Respectfully submitted this 14th day of December, 2021.

/s/    *Erin Hogan-Freemole (with permission)*
Erin Hogan-Freemole, OSB # 212850
(541) 301-4618 | erin@crag.org
Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 | oliver@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

*Attorney for Plaintiffs*

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

/s/    *Hayley A. Carpenter*
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC  20044
(202) 305-0242
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*