IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| **UMPQUA WATERSHEDS,** an Oregon non-profit corporation; **CASCADIA WILDLANDS**, an Oregon non-profit corporation; and **OREGON WILD**,<br><br>Plaintiffs,<br><br>v.<br><br>**SHERRI CHAMBERS**, in her official capacity as North Umpqua District Ranger; and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants.<br><br>and<br><br>**AMERICAN FOREST RESOURCE COUNCIL**, an Oregon non-profit corporation; **DOUGLAS COUNTY, OREGON**; **SCOTT TIMBER COMPANY**, an Oregon Corporation<br><br>Intervenor-Defendants. | Case No. 6:21-cv-01505-AA<br><br>**ORDER GRANTING PLAINTIFFS' AND DEFENDANTS' JOINT MOTION TO DISMISS** |

Plaintiffs and Defendants have jointly moved to dismiss this action based on the Settlement Agreement attached to the Motion that resolves Plaintiffs' claims in this case. Having reviewed and considered the Motion and Settlement Agreement, and good cause appearing, the Court concludes that entering an order granting the Motion, approving the Settlement Agreement, and dismissing the case is appropriate.

Accordingly, IT IS ORDERED that the Plaintiffs' and Defendants' Settlement Agreement is hereby incorporated in this Order;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction solely to enforce the Settlement Agreement;

IT IS FURTHER ORDERED that the implementation stipulation entered into by Plaintiffs and Defendants, ECF No. 8, and ordered by this Court, ECF No. 9, is VACATED and SUPERSEDED by the Settlement Agreement;

IT IS FURTHER ORDERED that Plaintiffs' and Defendants' Motion to Dismiss is GRANTED; and

IT IS FURTHER ORDERED that the action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

DATED:  March 10, 2022                /s/Ann Aiken
                                                                        The Honorable Ann Aiken
                                                                        UNITED STATES DISTRICT JUDGE

Submitted by:

/s/      Erin Hogan-Freemole (with permission)
Erin Hogan-Freemole, OSB # 212850
(541) 301-4618 │ erin@crag.org
Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 │ oliver@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

*Attorney for Plaintiffs*

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

/s/      Hayley A. Carpenter
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney
Natural Resources Section

P.O. Box 7611
Washington, DC  20044
(202) 305-0242
hayley.carpenter@usdoj.gov

*Attorney for Defendants*